[No. 44894-3-I. Division One. August 14, 2000.]

MICHAEL PIEPKORN, ET AL., *Appellants*, v. DANIEL ADAMS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-28905-8, Jim Bates, J., entered July 1, 1999. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Baker and Ellington, JJ. Now published at 102 Wn. App. 673.

[No. 45208-8-I. Division One. August 14, 2000.]

THE STATE OF WASHINGTON, *Respondent;* v. JOHN M. WALMSLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-00306-1, Thomas J. Wynne, J., entered March 16, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45273-8-I. Division One. August 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. AERION FRAZIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-03625-3, Carol A. Schapira, J., entered September 3, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44025-0-I. Division One. August 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS L. McLEMORE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-09084-5, Michael Hayden, J., entered December 28, 1998. *Affirmed* by unpublished per curiam opinion.